# EXHIBIT C

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA361301**
Filing date: **08/03/2010**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

# Petition for Cancellation

Notice is hereby given that the following party requests to cancel indicated registration.

## Petitioner Information

| | | | |
|---|---|---|---|
| Name | Palantir.net, Inc. | | |
| Entity | Corporation | Citizenship | USA |
| Address | 2211 N. Elston Avenue Suite 202<br>Chicago, IL 60614<br>UNITED STATES | | |

| | |
|---|---|
| Attorney information | Thomas D Rosenwein<br>Glickman Flesch & Rosenwein<br>230 W Monroe St. Suite 800<br>Chicago, IL 60606<br>UNITED STATES<br>trosenwein@lawggf.com Phone:(312) 346-1080 |

## Registration Subject to Cancellation

| | | | |
|---|---|---|---|
| Registration No | 3585690 | Registration date | 03/10/2009 |
| Registrant | Palantir Technologies Inc.<br>100 Hamilton Ave.<br>Palo Alto, CA 94301<br>UNITED STATES | | |

## Goods/Services Subject to Cancellation

| |
|---|
| Class 009. First Use: 2005/08/17 First Use In Commerce: 2005/09/07<br>All goods and services in the class are cancelled, namely: computer software for collection, editing, analysis, viewing, organization, modification, book marking, transmission, storage, exchange, sharing, querying, auditing, and tracking of data and information for use in the financial and intelligence industries |

## Grounds for Cancellation

| | |
|---|---|
| Deceptiveness | Trademark Act section 2(a) |
| False suggestion of a connection | Trademark Act section 2(a) |
| *Torres v. Cantine Torresella S.r.l.Fraud* | 808 F.2d 46, 1 USPQ2d 1483 (Fed. Cir. 1986) |
| The registration is being used by, or with the permission of, the registrant so as to misrepresent the source of the goods or services on or in connection with which the mark is used. | Trademark Act section 14 |
| Priority and likelihood of confusion | Trademark Act section 2(d) |

## Mark Cited by Petitioner as Basis for Cancellation

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3052005 | Application Date | 04/22/2002 |
| Registration Date | 01/31/2006 | Foreign Priority Date | NONE |
| Word Mark | PALANTIR | | |
| Design Mark | PALANTIR | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 042. First use: First Use: 1996/07/00 First Use In Commerce: 1996/07/00<br>Computer services, namely designing and hosting network web sites for others, designing database software for others, designing multimedia software for others, and design in the field of multimedia presentations for others | | |

| | |
|---|---|
| Attachments | 76399465#TMSN.gif ( 1 page )( bytes )<br>Pet to Cancel.pdf ( 5 pages )(340817 bytes ) |

## Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| | |
|---|---|
| Signature | /TDR/ |
| Name | Thomas D Rosenwein |
| Date | 08/03/2010 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In re Registration No.: 3585690
For the Mark: PALANTIR
Registered on: March 10, 2009

**PALANTIR.NET, INC.,**

Petitioner,

v.

**PALANTIR TECHNOLOGIES INC.,**

Registrant.

**Cancellation No. __________________**

To:
Hon. Commissioner for Trademarks
P.O. Box 1451
Arlington, VA 22313-1451

**PETITION TO CANCEL**

Now comes Palantir.net, Inc., an Illinois Corporation, 2211 N. Elston Avenue, Suite 202, Chicago, Illinois 60614, for its Petition to Cancel, states as follows:

1. To the best of Petitioner's knowledge, the name and address of the current owner of the registration at issue is Palantir Technologies, Inc., a Delaware Corporation, 100 Hamilton Avenue, Palo Alto, California 94301.

2. The above–identified Petitioner believes that it will be damaged by the above–identified registration, and hereby petitions to cancel same.

3. The grounds for cancellation are as follows:

(a) Petitioner is the owner of the registration PALANTIR for use in connection with "computer services, namely designing and hosting network web sites for others, designing database software for others, designing multimedia software for others,

and design in the field of multimedia presentations for others," with a first use in interstate commerce of July 7, 1996, and a registration date of January 31, 2006 (U.S. Registration No. 3052005). Such use and registration of the PALANTIR mark long precedes Registrant's use and registration for the same mark.

(b) On February 15, 2008, Registrant filed a U.S. Trademark Application Serial No. 77398599 to register the mark PALANTIR for use with "computer software for collection, editing, analysis, viewing, organization, modification, book marking, transmission, storage, exchange, sharing, querying, auditing, and tracking of data and information for use in the financial and intelligence industries." This application was filed based on an intent-to-use the mark.

(c) On May 29, 2008, the United States Patent and Trademark Office issued an Office Action, refusing registration of Registrants' application for PALANTIR (Serial No. 77398599) for likelihood of confusion with Petitioner's prior registration of its PALANTIR mark (Reg. No. 3052005).

(d) Thereafter, on November 11, 2008, Petitioner and Registrant entered into a Consent to Use and Registration Agreement ("Consent"), whereby the parties stated their belief that the use of their respective marks was not likely to cause any confusion, mistake or deception based on the differences in goods and services and the difference and sophistication of likely purchasers.

(e) The Consent was premised on the agreement of the parties "to cooperate and consult with one another in good faith should future conditions or developments create a likelihood of confusion arising from use of their respective marks. The Parties

further agree to take reasonable steps to avoid confusion that may arise in the future." (Consent, ¶3)

(f) On November 14, 2008, Registrant submitted the Consent to the Examining Attorney, requesting that the refusal to register be withdrawn in light of the Consent.

(g) The Trademark Examining Attorney thereafter withdrew the refusal and the subject registration issued on March 10, 2009.

(h) Since obtaining its registration, Registrant has refused to cooperate and consult in good faith with regard to instances of confusion that have occurred in the marketplace since entering into the Consent and has refused to take any reasonable steps to avoid further confusion, to Petitioner's detriment.

(i) Thus, for example, on December 23, 2009, the Furman Center at the NYU School of Law sent a request for proposal intended for Petitioner to Registrant. Registrant did not notify or forward that request to Petitioner. Petitioner only learned of the confusion when the Furman Center person in charge of the requested project telephoned Petitioner to inquire why it had chosen not to respond to the request. Because the response was due the following day, Petitioner was unable to submit a proposal and lost the opportunity to compete for the project.

(j) Registrant's counsel was notified of this confusion on January 14, 2010. More than one month later, on February 15, 2010, Registrant's counsel confirmed that it had not notified Petitioner of Registrant's receipt of the request for proposal from the Furman Center, but instead had waited two weeks to advise the Furman Center that Registrant was

likely not the intended recipient. Registrant's counsel assured Petitioner that Registrant's attempts "to ensure that mis-sent [sic] inquiries and notices are sent to the correct party."

(k) On July 12, 2010, Petitioner was advised by a potential client (VMware) that one week earlier, VMware had sent an online inquiry to what it believed was Petitioner's website. That online inquiry was sent to Registrant. However, Registrant never contacted Petitioner as to the online inquiry. Petitioner only learned of the confusion when the potential client persevered and obtained Petitioner's email address from a colleague.

(l) By refusing to adhere to the terms of the Consent, whether negligently or willfully, Registrant has caused confusion in the marketplace which has caused, and will continue to cause in the future, lost business opportunities for Petitioner.

(m) In the alternative, Registrant proposed the Consent and to follow its terms, never intending to comply with those terms regarding any future confusion but solely to obtain its registration, all to the detriment of Petitioner. As a result of such fraudulent conduct, Petitioner was induced to enter into the Consent, resulting in a registration procured by fraud.

**WHEREFORE**, Petitioner requests that Registration No. 3585690 be cancelled.

Respectfully submitted,

**PALANTIR.NET, INC.**

Dated: August 3, 2010

By: /s/ Thomas D. Rosenwein
One of Its Attorneys

Thomas D. Rosenwein
**Glickman, Flesch & Rosenwein**
230 West Monroe Street, Suite 800
Chicago, Illinois 60606
(312) 346-1080
(312) 346-3708 (facsimile)
Email: trosenwein@lawggf.com