**GLICKMAN, FLESCH & ROSENWEIN**
**230 WEST MONROE ST. SUITE 800**
**CHICAGO, ILLINOIS 60606**
**TELEPHONE (312) 346-1080 | FACSIMILE (312) 346-3708**

February 2, 2011

The Honorable Edward M. Chen
United States District Court, Northern District of California
15th Floor, Federal Building
450 Golden Gate Avenue
San Francisco, California 94102

**Re: No. C-10-4283 CRB (EMC)**
**Palantir Technologies, Inc. v. Palantir.net, Inc. – Request for Permission to Appear Telephonically in the Event of Weather Delays**

Dear Magistrate Judge Chen:

As you may know, Chicago was hit with a severe blizzard yesterday and today, and as of this morning, the storm is continuing and is creating flight cancellations and delays. I am pleased to inform you that to prevent being delayed in Chicago due to the storm, the two principals of Palantir.net, Inc., George DeMet and Tiffany Farriss, changed their plans, departed Chicago a few days earlier than planned, and arrived in San Francisco yesterday evening. Unfortunately, I had obligations in Chicago that did not allow me to depart earlier than scheduled. I will do my best to get to San Francisco in time to attend the settlement conference.

However, in the event I am unable to reach San Francisco before the 9:30 start of the settlement conference on Friday, February 4, due to the inclement weather, I would like to request the opportunity to appear telephonically. Local counsel, Elizabeth Shoemaker, will be present physically to represent Palantir.net, as will Mr. DeMet and Ms. Farriss. Because of my involvement as principal counsel in this matter, and my earlier representation of Palantir.net in the prior action, I believe it would be helpful if I could at least participate by telephone in the event my physical attendance becomes impossible.

Thank you for your understanding and favorable consideration of my request.

Sincerely,

/s/ Tom Rosenwein