UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>PALANTIR.NET, INC.,<br><br>        Defendant.<br>_____/ | No. C-10-4283 CRB (EMC)<br><br>**ORDER GRANTING DEFENDANT'S COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY AT SETTLEMENT CONFERENCE**<br><br>**(Docket No. 48)** |

       By letter dated February 2, 2011, Thomas D. Rosenwein, counsel for Defendant Palantir.Net, Inc., requests to be excused from personally appearing at the settlement conference scheduled for February 4, 2011, if weather conditions in Chicago prevent his travel to California.

       Upon consideration, the Court finds good cause for **GRANTING** Mr. Rosenwein's request. Therefore, it is hereby ordered that should the weather conditions prevent Mr. Rosenwein from traveling to San Francisco, he shall be available by telephone from 9:30 a.m. Pacific Time until further notice on February 4, 2011.

       If the Court concludes that the absence of Mr. Rosenwein is impeding the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party and counsel.

       This order disposes of Docket No. 48.

       IT IS SO ORDERED.

Dated: February 4, 2011

_____
EDWARD M. CHEN
United States Magistrate Judge