**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**Magistrate Judge Edward M. Chen**

# SETTLEMENT CONFERENCE MINUTES

**Date:** February 4, 2011 **Time:** 9:30 - 12:00; 1:30 - 2:45

**Case No.:** C-10-4283 CRB (EMC)

**Case Name:** Palantir Technologies, Inc. v. Palantir.net, Inc.

**Deputy Clerk:** Leni Doyle **Court Reporter:** Not Recorded

**Attorney(s) for Plaintiff:** Daniel Purcell, Daniel K. Nazer

**Attorney(s) for Defendant:** Thomas D. Rosenwein, Elizabeth Shoemaker

---

## PROCEEDINGS

| | |
|---|---|
| ________ | Settled |
| ________ | Partial settlement |
| ___X___ | Did not settle |
| ________ | Other: |

**Notes:** No Further Settlement Conference scheduled.

cc: EMC, CRB