1 | Thomas D. Rosenwein (Admitted pro hac vice)
Glickman, Flesch & Rosenwein
2 | 230 West Monroe Street, Suite 800
Chicago, IL  60606
3 | Telephone:  (312) 346-1080
Facsimile:  (312) 346-3708
4 | E-Mail:  trosenwein@lawggf.com

Elizabeth Shoemaker, SBN 245577
Teraoka & Partners LLP
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone:  (415) 981-3100
Facsimile:   (415) 981-0222
E-Mail:  liz@teraokalaw.com

Attorneys for Defendant/Counter-Plaintiff
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC.,<br><br>                                 Plaintiff,<br><br>     v.<br><br>PALANTIR.NET, INC.,<br><br>                                 Defendant. | Case No. 10-CV-04283 CRB (EDL)<br><br>**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS; [PROPOSED] ORDER THEREON**<br><br>The Honorable Elizabeth D. Laporte |
| PALANTIR.NET, INC.,<br><br>                                 Counter-Plaintiff,<br><br>     v.<br><br>PALANTIR TECHNOLOGIES INC.,<br><br>                                 Counter-Defendant. | [Proposed] Hearing Date: May 3, 2011<br>Time:                           9:00 a.m.<br>Courtroom:                  E, 15th Floor |

WHEREAS, Plaintiff's Motion to Compel and for Sanctions is currently scheduled for April 25, 2011;

1

**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS; [PROPOSED] ORDER THEREON**

1  WHEREAS, lead counsel for Defendant Palantir.net, Inc. has a conflict because he is currently on trial in the Circuit Court of Cook County, Chicago, Illinois (case number 08-L-12987) that will likely proceed through and beyond April 25, 2011;

WHEREAS, the Court has available a hearing date on May 3, 2011;

WHEREAS, counsel for Plaintiff Palantir Technologies Inc. are willing and able to continue the scheduled hearing to May 3, 2011;

WHEREAS, lead counsel for Defendant is scheduled to be in Illinois on May 3, 2011; and

WHEREAS, lead counsel for Defendant is willing and able to continue the scheduled hearing to May 3, 2011, provided that he may appear telephonically from outside of California;

NOW, THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, by and through their respective undersigned counsel, as follows:

1. The hearing on Plaintiff's Motion to Compel and for Sanctions, currently scheduled for Monday, April 25, 2011, at 1:30 p.m., shall be continued until Tuesday, May 3, 2011 at 9:00 a.m., or soon thereafter, subject to the Court's availability; and

2. Lead counsel for Defendant may appear telephonically at the continued hearing.

Respectfully submitted,

Dated:  April 21, 2011                    GLICKMAN, FLESCH & ROSENWEIN

By:  __/s/ Thomas D. Rosenwein____
THOMAS D. ROSENWEIN
Attorneys for Defendant
PALANTIR.NET, INC.

Dated:  April 21, 2011                    KEKER & VAN NEST LLP

By:  ___/s/ Daniel Purcell_____
DANIEL PURCELL
Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, Elizabeth Shoemaker hereby attests that concurrence in the filing of this joint stipulation has been obtained by Daniel Purcell.

2
**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS; [PROPOSED] ORDER THEREON**

1
2
3      **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**
4
5
6   Dated:  4/21/2011



**JOINT STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS; [PROPOSED] ORDER THEREON**