IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PALANTIR TECHNOLOGIES, INC.,

    Plaintiff,

v.

PALANTIR.NET, INC.,

    Defendants.

No. 10-04283-CRB (EDL)

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

On April 22, 2011, Plaintiff's and Defendants' counsel filed a stipulated request that Defendant's counsel be allowed to appear telephonically at the hearing on Plaintiff's Motion to Compel and For Sanctions set for May 3, 2011 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Defendant's Counsel shall stand by beginning at the date and time above until called by the Court. No later than two Court days prior, counsel shall call the Court's courtroom deputy at 415-522-3694 to provide the Court with a direct dial number to call on for this appearance.

Dated: April 25, 2011

*Elizabeth D. Laporte*

ELIZABETH D. LAPORTE
United States Magistrate Judge