Thomas D. Rosenwein (pro hac vice)
Glickman, Flesch & Rosenwein
230 West Monroe Street, Suite 800
Chicago, IL 60606
Telephone: (312) 346-1080
Facsimile: (312) 346-3708
E-Mail: trosenwein@lawggf.com

Joseph L. Strabala, SBN 34832
Joe Strabala Law Office
One Embarcadero Center, Suite 1020, San Francisco, CA 94111
Telephone: (415) 981-8083
Facsimile: (415) 495-3351

Elizabeth Shoemaker, SBN 245577
Teraoka & Partners LLP
One Embarcadero Center, Suite 1020, San Francisco, CA 94111
Telephone: (415) 981-3100
Facsimile: (415) 981-0222
E-Mail: liz@teraokalaw.com

Attorneys for Defendant
Palantir.net, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PALANTIR.NET, INC.,<br><br>Defendant. | **Case No. 3:10-cv-04283 CRB**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S ADMINISTRATIVE MOTION TO PERMIT DEFENDANT TO FILE UNDER SEAL ITS SECOND AMENDED COUNTERCLAIM** |
| PALANTIR.NET, INC.,<br><br>Counter-Plaintiff,<br><br>v.<br><br>PALANTIR TECHNOLOGIES, INC.,<br><br>Counter-Defendant. | Date Comp. Filed: September 23, 2010<br><br>Trial Date: None set |

**IT IS HEREBY ORDERED** that Defendant's Administrative Motion to Permit Defendant to File under Seal Its Second Amended Counterclaim is granted.

Dated:

________________________________
CHARLES R. BREYER
United States District Judge