| | |
|---|---|
| Thomas D. Rosenwein (admitted *pro hac vice*)<br>GLICKMAN, FLESCH & ROSENWEIN<br>230 West Monroe Street, Suite 800<br>Chicago, IL 60606<br>Telephone: (312) 346-1080<br>Facsimile: (312) 346-3708<br>E-Mail: trosenwein@lawggf.com | Joseph L. Strabala (SBN 34832)<br>JOE STRABALA LAW OFFICE<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA 94111-3698<br>Telephone: (415) 981-8083<br>Facsimile: (415) 495-3351<br>E-Mail: jslaw@pacbell.net |
| John R. Labbé (admitted *pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>233 South Wacker Drive, Suite 6300<br>Chicago, IL 60606<br>Telephone: (312) 474-9579<br>Facsimile: (312) 474-0448<br>E-Mail: jlabbe@marshallip.com | Steven Teraoka (SBN 245577)<br>Heather M. Thurgood (SBN 259742)<br>TERAOKA & PARTNERS LLP<br>One Embarcadero Center, Suite 1020<br>San Francisco, CA 94111-3698<br>Telephone: (415) 981-3100<br>Facsimile: (415) 981-0222<br>E-Mail: steve@teraokalaw.com<br>E-Mail: heather@teraokalaw.com |

Attorneys for Defendant/Counterclaimant
PALANTIR.NET, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | | |
|---|---|---|
| PALANTIR TECHNOLOGIES, INC., | ) | Case No. 3:10-cv-04283 CRB |
| Plaintiff/Counter-Defendant, | ) | |
| v. | ) | |
| PALANTIR.NET, INC. | ) | **PALANTIR.NET, INC.'S JURY DEMAND** |
| Defendant/Counterclaimant. | ) | |

Defendant/Counterclaimant Palantir.net, Inc. hereby demands trial by jury for all causes of action, claims, or issues in this action that are triable as a matter of right to a jury.

Dated: August 17, 2011          Respectfully submitted,

  /s/ John R. Labbé
John R. Labbé (admitted *pro hac vice*)
Attorney for Defendant/Counterclaimant
PALANTIR.NET, INC.