Thomas D. Rosenwein (Admitted pro hac vice)
Glickman, Flesch & Rosenwein
230 West Monroe Street, Suite 800
Chicago, IL  60606
Telephone:  (312) 346-1080
Facsimile:  (312) 346-3708
E-Mail:  trosenwein@lawggf.com

John R. Labbé (admitted *pro hac vice*)
Marshall, Gerstein & Borun LLP
233 South Wacker Drive, Suite 6300
Chicago, IL 60606
Telephone: (312) 474-9579
Facsimile: (312) 474-0448
E-Mail: jlabbe@marshallip.com

Joseph L. Strabala, SBN 34832
Joe Strabala Law Office
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone: (415) 981-8083
Facsimile: (415) 495-3351
E-Mail: jslaw@pacbell.net

Steven G. Teraoka,     SBN:  60094
Robert P. Shatzko, SBN: 164414
Teraoka & Partners LLP
One Embarcadero Center, Suite 1020
San Francisco, CA 94111-3698
Telephone:  (415) 981-3100
Facsimile:   (415) 981-0222
E-Mail:  steve@teraokalaw.com
E-Mail:  robert@teraokalaw.com

Attorneys for Defendant/Counter-Plaintiff
PALANTIR.NET, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES INC., | Case No. 10-CV-04283 CRB |
| Plaintiff, | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PALANTIR.NET INC.; PROPOSED ORDER; CERTIFICATE OF SERVICE** |
| v. | |
| PALANTIR.NET, INC., | |

1
**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

|  |  |
|---|---|
| Defendant. | The Honorable Charles R. Breyer |
| PALANTIR.NET, INC., | Date Comp Filed:        Sept., 23, 2010 |
| Counter-Plaintiff, |  |
| v. |  |
| PALANTIR TECHNOLOGIES INC., |  |
| Counter-Defendant. |  |

**PLEASE TAKE NOTICE** that Heather M. Thurgood, one of the attorneys of record in this case for defendant and counter-plaintiff Palantir.net, Inc. ("Palantir.net"), has left Teraoka & Partners LLP and no longer represents Palantir.net in this matter.  Palantir.net requests that the Court remove Ms. Thurgood (Heather@teraokalaw.com) from its email service list for this case.

All pleadings, orders and notices should henceforth be served upon the following substituted counsel for Defendant Palantir.net Inc.

> Robert P. Shatzko, SBN: 164414
> Teraoka & Partners LLP
> One Embarcadero Center, Suite 1020
> San Francisco, CA 94111-3698
> Telephone:  (415) 981-3100
> Facsimile:   (415) 981-0222
> E-Mail:  robert@teraokalaw.com

The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated:  September 8, 2011                     GLICKMAN, FLESCH & ROSENWEIN

By: ___/s/ Thomas D. Rosenwein____
    THOMAS D. ROSENWEIN
    Attorneys for Defendant/Counterplaintiff
    PALANTIR.NET, INC.

Dated:  September 8, 2011                     JOE STRABALA LAW OFFICE

By: ___/s/ Joseph L. Strabala____
    JOSEPH L. STRABALA
    Attorneys for Defendant/Counterplaintiff
    PALANTIR.NET, INC.

Dated:  September 8, 2011                     MARSHALL, GERSTEIN & BORUN LLP

|   |   |
|---|---|
| | By: __/s/ John R. Labbé____ |
| | JOHN R. LABBE |
| | Attorneys for Defendant/Counterplaintiff |
| | PALANTIR.NET, INC. |
| Dated: September 8, 2011 | TERAOKA & PARTNERS LLP |

By: __/s/ Steven G. Teraoka____
STEVEN G. TERAOKA
Attorneys for Defendant/Counterplaintiff
PALANTIR.NET, INC.
Dated: September 8, 2011    TERAOKA & PARTNERS LLP

By: __/s/ Robert P. Shatzko____
ROBERT P. SHATZKO
Attorneys for Defendant/Counterplaintiff
PALANTIR.NET, INC.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: September 8, 2011    TERAOKA & PARTNERS LLP

By: __/s/ Steven G. Teraoka____
STEVEN G. TERAOKA
Attorneys for Defendant/Counterplaintiff
PALANTIR.NET, INC.

The above withdrawal and substitution of counsel is approved and so ORDERED.

Dated:   September 9, 2011

_____
CHARLES R. BREYER
JUDGE, UNITED STATES DISTRICT COURT



3
**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2011, I served the following documents by mail to Daniel Edward Purcell, Esq. and Chris J. Young, Esq., Keker & Van Nest LLP at 633 Battery Street, San Francisco, California, 94111:

- NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT PALANTIR.NET INC.; PROPOSED ORDER;

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2011.


/s/ Steven G. Teraoka
STEVEN G. TERAOKA
One of the Attorneys for
Defendant/Counterplaintiff Palantir.net, Inc.