**In the United States District Court
for the Northern District of California
Magistrate Judge Nathanael Cousins**

**CIVIL MINUTES**

Date:  February 2, 2012                    Time: 10 hours

Case No: **C 10-04283 CRB (NC)**

Case Name:  **Palantir Tchnologies, Inc. v. Palantir.net, Inc.**

    Deputy Clerk:  Lili M. Harrell          Court Reporter:

    Attorneys:  Pltf:  Daniel Purcell, Chris J. Young
                 Deft:  John R. Labbe, Tom Rosenwein

**PROCEEDINGS**

[X]  SETTLEMENT CONFERENCE          [ ]  FURTHER SETTLEMENT CONFERENCE

    [X]   Case settled

    []    Did not settle

    []    Partial settlement

[]  DISCOVERY CONFERENCE

[]  STATUS CONFERENCE RE:

[]  TELEPHONIC CONFERENCE RE:

[]  OTHER:

CASE CONTINUED TO:_  FOR _

Notes:  Parties shall file a notice of dismissal

cc: