KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415-391-5400
Facsimile:    415-397-7188

Attorneys for Plaintiff
PALANTIR TECHNOLOGIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PALANTIR TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>PALANTIR.NET, INC.,<br><br>    Defendant. | Case No. 10-CV-04283 CRB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Judge:    Hon. Charles R. Breyer<br><br>Date Comp. Filed:    September 23, 2010<br>Trial Date:    None set |
| Palantir.net, Inc.,<br><br>    Counter-Claimant,<br><br>    v.<br><br>PALANTIR TECHNOLOGIES, INC.,<br><br>    Counter-Defendant. | |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER
Case No. 10-CV-04283 CRB

671004.01

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff Palantir Technologies, Inc. ("PTI") and Defendant Palantir.net, Inc. ("PNI"), by and through their respective undersigned counsel, and subject to the approval of the Court, that, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(2), all claims and counterclaims in this action between PTI and PNI are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

Dated:  June 7, 2012                    KEKER & VAN NEST LLP

                                        */s/ Daniel Purcell*
                                By:     DANIEL PURCELL
                                        Attorneys for Plaintiff
                                        PALANTIR TECHNOLOGIES, INC.


Dated:  June 7, 2012                    MARSHALL, GERSTEIN & BORUN LLP

                                        */s/ John R. Labbe*
                                        JOHN R. LABBE

                                        Attorneys for Defendant
                                        PALANTIR.NET, INC.


**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, all claims and counterclaims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees in this action.

**IT IS SO ORDERED.**

Dated:                                  The Honorable Charles R. Breyer
                                        UNITED STATES DISTRICT JUDGE

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to General Order No. 45, Section X.B. regarding non-filing signatories, I hereby attest that I have obtained concurrence from counsel for Planatir.net in the filing of this document.

Dated:  June 7, 2012                     */s/ Daniel Purcell*